**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

LI SVETLANA,

Plaintiff,

v.                                                                 Case No. 2:10-cv-609-FtM-36SPC

PROFESSIONAL ADJUSTMENT CORP.,
OF S.W. FL., INC.,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, SVETLANA LI, (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: February 8, 2011                     Respectfully submitted,

                                            /s Andrew I. Glenn
                                            Andrew I. Glenn
                                            E-mail: Andrew@cardandglenn.com
                                            Florida Bar No. 577261
                                            J. Dennis Card, Jr.
                                            E-mail: Dennis@cardandglenn.com
                                            Florida Bar No. 0487473
                                            Card & Glenn, P.A.
                                            2501 Hollywood Boulevard, Suite 100
                                            Hollywood, Florida 33020
                                            Telephone: (954) 921-9994
                                            Facsimile: (954) 921-9553
                                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn
Andrew I. Glenn

## SERVICE LIST

Professional Adjustment Corp., of S.W. FL, Inc.
c/o Registered Agent
Kimberly Cameron, PD
14410 Metropolis Ave.
Fort Myers, FL 33912
Served via Regular U.S. Mail