**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

LI SVETLANA,

Plaintiff,

v.                                                                            Case No. 2:10-cv-609-FtM-36SPC

PROFESSIONAL ADJUSTMENT CORP.,
OF S.W. FL., INC.,

Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice, with the Court to reserve jurisdiction for twenty (20) days to enforce the terms of parties settlement agreement.

Dated:  April 8, 2011                                   Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn, Esq.
E-mail:  AGlenn@cardandglenn.com
Florida Bar No.:  577261
J. Dennis Card, Jr., Esq.
E-mail:  Dennis@cardandglenn.com
Florida Bar No.  0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone:  (954) 921-9994
Facsimile:   (954) 921-9553
Attorneys for Plaintiff