UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

LI SVELTLANA,
    Plaintiff,

v.                                              CASE NO: 2:10-CV-609-FTM-36-SPC

PROFESSIONAL ADJUSTMENT CORP.
OF S.W. FL. INC.,
    Defendant.
_____/

**ORDER**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 10). In accord with Plaintiff's Notice of voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

   1)   Plaintiff's Notice of Voluntary Dismissal is APPROVED (Doc. 10).

   2)   This cause is dismissed, with prejudice.

   3)   The Court shall retain jurisdiction for twenty (20) days to enforce the terms of the parties settlement agreement.

   4)   The Clerk is directed to enter judgment accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, on April 11, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record